UNITED STATES DISTRICT COURT
District of New Jersey

---

UNITED STATES OF AMERICA

v.

SALVATORE STABILE,
       Defendant.

---

Crim. No. 08-145 (SRC)
Chesler, J.

## CONSENT ORDER

Upon the joint motion of the United States of America and defendant Salvatore Stabile,

WHEREAS no contraband was found on defendant's computer hard drives and related media and paraphernalia currently in the possession of Pre-Trial Services,

IT IS HEREBY ORDERED that the Government will return to defendant's counsel, Pryor Cashman LLP, all of defendant's computer hard drives and related media, equipment and paraphernalia currently in the possession of Pre-Trial Services, at such time and place to be agreed between Pryor Cashman and Pre-Trial Services.

Done this ___7___ day of ___April___, 2008.

_____
STANLEY CHESLER
United States District Judge