UNITED STATES DISTRICT COURT
District of New Jersey

---------------------------------------------x
:
UNITED STATES OF AMERICA              :
                                      :       Crim. No. 08-145 (SRC)
v.                                    :       Chesler, J.
                                      :
SALVATORE STABILE,                    :
        Defendant.                    :
                                      :
---------------------------------------------x

## CONSENT ORDER

Upon the joint motion of the United States of America and defendant Salvatore Stabile,

IT IS HEREBY STIPULATED AND AGREED that defendant Salvatore Stabile shall be permitted, as part of his bail conditions, to visit his parents every Saturday, leaving at 9:00 A.M. and returning by 6:30 P.M. This schedule may be adjusted as necessary with the consent of Pre-Trial Services. All other bail conditions remain the same.

UNITED STATES ATTORNEY'S OFFICE          PRYOR CASHMAN LLP

By: _____            By: _____
    Lee D. Vartan, AUSA                      Anna E. Hutchinson

970 Broad Street                         410 Park Avenue
Newark, New Jersey 07102                 New York, New York 10022
(973) 645-2762                           (212) 421-4100
                                         Attorneys for Defendant

SO ORDERED: 5/30/08

_____
STANLEY CHESLER
United States District Judge