UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 08-145 (SRC) |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| SALVATORE STABILE, | : | |
| Defendant. | : | |

This matter having come before the Court on Defendant's Motion To Dismiss the Indictment for Violation of the Speedy Trial Act [docket item # 31] and Defendant's Motion To Suppress Evidence [docket item #30]; and the Court having heard argument on the motions on August 12, 2008; and

For the reasons set forth on the record of oral argument,

**IT IS** on this 12th day of August, 2008,

**ORDERED** that Defendant's Motion To Dismiss the Indictment for Violation of the Speedy Trial Act [docket item # 31] be and hereby is **DENIED**; and it is further

**ORDERED** that the Court will hold an evidentiary hearing on Defendant's Motion To Suppress Evidence [docket item #30] on Wednesday, September 3, 2008 at 10:00 a.m. at the Frank R. Lautenberg United States Post Office and Courthouse Building, Courtroom 8.

  s/ Stanley R. Chesler
Stanley R. Chesler, U.S.D.J.