UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :     Hon. Stanley R. Chesler

v.                        :     Criminal No. 08-145 (SRC)

SALVATORE STABILE         :     SCHEDULING AND CONTINUANCE ORDER

This matter having come before the Court on the joint application of

Christopher J. Christie, United States Attorney for the District of New Jersey (by Lee D.

Vartan, Assistant U.S. Attorney), and defendant Salvatore Stabile (by Robert W. Ray,

Esq.), for an order setting the post-suppression hearing briefing schedule in this matter

and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that both the Government and the defendant shall file

any post-suppression hearing briefs on October 31, 2008;

IT IS FURTHER ORDERED that both the Government and the defendant

shall file any replies to those briefs on November 17, 2008;

IT IS FURTHER ORDERED that oral argument on defendant's motion to

suppress shall be heard on December 4, 2008; and

IT IS FURTHER ORDERED that the period from September 22, 2008

through December 1, 2008 shall be automatically excluded in computing time under the

Speedy Trial Act of 1974 because such period constitutes "delay resulting from any

pretrial motion, from the filing of the motion through conclusion of the hearing on, or

other prompt disposition of, such motion," pursuant to Title 18 of the United States

Code, Section 3161(h)(1)(F).


_____

HON. STANLEY R. CHESLER
United States District Judge


Consented and Agreed to by:

_____   9/22/08

Robert W. Ray, Esq.
Counsel for defendant Stabile


_____

Lee D. Vartan
Assistant U.S. Attorney