

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

*Lee D. Vartan*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, NJ 07102

(973) 645-2762
Facsimile (973) 645-2857

October 31, 2008

Honorable Stanley R. Chesler
United States District Judge
United States Post Office and Courthouse
Federal Square
Newark, New Jersey 07101

      Re: *United States v. Salvatore Stabile*, Crim. No. 08-145 (SRC)

Dear Judge Chesler:

      The parties have agreed to exchange their post-suppression hearing briefs on Monday, November 3, 2008 rather than today. I informed Ms. Trevino of this, and was directed to send a letter notifying the Court of the change. By this letter, I do so.

      Thank you for your attention to this matter.

      Respectfully submitted,

      CHRISTOPHER J. CHRISTIE
      United States Attorney

      By: L. D. Vartan
      Assistant United States Attorney

cc:    Robert Ray, Esq. (via facsimile (212) 798-6313)