UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>                  v.<br><br>SALVATORE STABILE,<br><br>                  Defendant. | **Criminal No. 08-145 (SRC)**<br><br><br>**ORDER** |

**CHESLER**, District Judge

      This matter having come before the Court upon the motion by Defendant Salvatore Stabile ("Defendant") to suppress evidence [docket item no. 30]; and Plaintiff the United States of America having opposed the motion; and the Court having held an evidentiary hearing, including witness testimony, on September 3 and 16, 2008; and the Court having heard oral argument from counsel on the motion on August 12, 2008 and again on December 4, 2008; and the Court having considered the parties' written submissions, oral arguments, and evidence; and for the reasons expressed in the Opinion filed herewith,

      **IT IS** on this 21st day of January, 2009,

      **ORDERED** that Defendant's motion to suppress evidence [docket item no. 30] be and hereby is **DENIED**.

                                                                         s/ Stanley R. Chesler<br>
                                                                     STANLEY R. CHESLER<br>
                                                                     United States District Judge