UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 08-145 (SRC) |
| Plaintiff, | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| SALVATORE STABILE, | : | |
| | : | |
| Defendant. | : | |

**CHESLER**, District Judge

This matter having come before the Court upon the motion filed by Defendant Salvatore Stabile ("Defendant") for reconsideration [docket item no. 62] of this Court's Order of January 21, 2009 [docket item no. 61]; and Plaintiff the United States of America (the "Government") having opposed the motion; and the Court having considered the papers filed by the parties; and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 13th day of March, 2009,

**ORDERED** that Defendant's motion for reconsideration [docket item no. 62] be and hereby is **DENIED**.

                                        s/ Stanley R. Chesler
                                        STANLEY R. CHESLER
                                        United States District Judge