**UNITED STATES DISTRICT COURT**
**District of New Jersey**

```
------------------------------------------x
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
v.                                        :        Crim. No. 08-145 (SRC)
                                          :        Chesler, J.
SALVATORE STABILE,                        :
         Defendant.                       :
                                          :
------------------------------------------x
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
v.                                        :        Crim. No. 09-241 (SRC)
                                          :        Chesler, J.
SALVATORE STABILE,                        :
         Defendant.                       :
                                          :
------------------------------------------x
```

## CONSENT BAIL ORDER

Upon the joint motion of the United States of America and defendant Salvatore Stabile and the proceedings held before this Court on April 3, 2009,

IT IS HEREBY STIPULATED AND AGREED that defendant Salvatore Stabile shall be released on bail prior to sentencing and will surrender to the United States Marshals Service for the District of New Jersey (Newark vicinage) on or before 12 p.m. three (3) weeks from the date of his release.

IT IS FURTHER STIPULATED AND AGREED that the following bail conditions are imposed:

(1)      Home detention at his residence located at 30 74th Street, ground floor apartment, North Bergen, New Jersey and electronic monitoring by the United States Pre-Trial Services Office ("PTS"), with release for court appearances, attorney visits, medical

1

appointments all with prior notification and approval by PTS, medical emergencies and visits to his parents in New Hyde Park, New York on Saturdays, leaving at 9:00 A.M. and returning to his residence by 6:30 P.M;

(2)     No computer or internet access whatsoever;

(3)     The residence shall have no internet or computer access and shall have no computers or any computer related materials including cables, external storage devices, burners or any instrumentalities through which one can access the internet;

(4)     No physical, verbal, telephonic, electronic, written or any other form of contact with Ms. Debbie Deetz; and

(5)     The previous bail conditions, including surety, imposed by United States Magistrate Judge Patty Shwartz on October 10, 2007, and, as amended, on November 15, 2007, January 4, 2008 and February 8, 2008, remain in effect during his release.

UNITED STATES ATTORNEY'S OFFICE
DISTRICT OF NEW JERSEY

By: _____
        Leah A. Vartan, AUSA

970 Broad Street
Newark, New Jersey 07102
(973) 645-2762

PRYOR CASHMAN LLP

By: _____
        Robert W. Ray

410 Park Avenue
New York, New York 10022
(212) 421-4100
Attorneys for Defendant

SO ORDERED: 4/13/09

_____
STANLEY R. CHESLER
United States District Judge

2